IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 4:05CV3052 |
| DARRYL E. HOWARD AND RONDA HOWARD, ) | BK. 02-43406 |
| ) | |
| Debtors. ) | ORDER |
| ) | |

IT IS ORDERED that appellants' Motion for Extension of Time (Filing No. 11) is granted. Appellants are granted an extension of time until May 25, 2005, in which to file their brief; appellees shall submit and serve their brief within twenty (20) days after receipt of the brief of the appellants.

DATED this 5th day of May, 2005.

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Judge