IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 4:05CV3052 |
| | ) | BK02-43406 |
| AGRICREDIT ACCEPTANCE, L.L.C., | ) | |
| Appellee, | ) | |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) | |
| Appellee, | ) | ORDER |
| DEERE CREDIT, INC., | ) | |
| Appellee, | ) | |
| v. | ) | |
| DARRYL HOWARD, and RONDA HOWARD | ) | |
| Debtors/Appellants. | ) | |

This matter is before the court on Agricredit's motion to dismiss it from the appeal. Filing No. 25. The court has reviewed the motion and finds the parties have entered into a settlement agreement that permits dismissal of Agricredit from this appeal. Filing No. 25, Attachment.

THEREFORE, IT IS ORDERED that Agricredit's motion to dismiss it from this appeal, Filing No. 25, is granted.

DATED this 31st day of January, 2006.

BY THE COURT:

s/Joseph F. Bataillon
United States District Judge