IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) CASE NO. BK06-40274 |
| DARRYL & RONDA HOWARD, | ) |
| | ) CH. 12 |
| Debtor(s). | ) |

REPORT & RECOMMENDATION

This matter is before the court on the debtors' emergency motion to stay proceedings and withdraw the reference (Fil. #78).

I respectfully recommend to the United States District Court for the District of Nebraska that the motion be denied. This bankruptcy case was dismissed on July 12, 2006, so the appropriate procedure for the debtors would be an appeal and request for stay pending appeal.

The Clerk of the Bankruptcy Court shall process this recommendation pursuant to the local court rules.

DATED:    July 17, 2006

RESPECTFULLY SUBMITTED,

/s/ Timothy J. Mahoney
Chief Judge

Notice given by the Court to:
William L. Needler
Richard Lydick
U.S. Trustee