IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 4:05CV3052 |
| | ) | BK02-43406 |
| AGRICREDIT ACCEPTANCE, L.L.C., | ) | |
| | ) | |
| Appellee, | ) | |
| | ) | |
| PRUDENTIAL INSURANCE COMPANY | ) | |
| OF AMERICA, | ) | |
| | ) | |
| Appellee, | ) | ORDER |
| | ) | |
| DEERE CREDIT, INC., | ) | |
| | ) | |
| Appellee, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DARRYL HOWARD, and | ) | |
| RONDA HOWARD | ) | |
| | ) | |
| Debtors/Appellants. | ) | |

This matter is before the court on debtors' request, Filing No. 54, for an emergency stay. Fed. R. App. P. 8(a). The court has carefully reviewed the request and finds it should be denied.

THEREFORE, IT IS ORDERED THAT debtors' motion for a stay, Filing No. 54, is denied.

DATED this 29th day of August, 2006.

BY THE COURT:

**s/Joseph F. Bataillon**
United States District Judge